UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Glenn L. Beane

    v.                    Civil No. 08-cv-0236-JL

Alan F. Beane


**O R D E R**

Defendant's motion for leave to file third amended answer, affirmative defenses, restated counterclaim to amended complaint and reservation of rights (doc. no. 58) is GRANTED.  Although some of the claims in the amended complaint appear to be legally improper or baseless, Glenn Beane has not bothered to object.

Further, the plaintiff's motion for summary judgment on counts 1 and 2 (doc. no. 17) and motion to substitute and dismiss (doc. no. 42), and the defendant's motion for partial summary judgment on count 1 (doc. no. 35) are all DENIED WITHOUT PREJUDICE and this matter is ordered STAYED pending this court's receipt of a copy of the Grafton County Superior Court's decision in the Beane vs. Mii Technologies case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 3, 2009

cc:  W.E. Whittington, Esq.
     William S. Gannon, Esq.